IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LIU ZHEN GANG, :
    Petitioner, :
: 3:15-cv-00738
v. :
: (Judge Mariani)
MARY SABOL, *et al.*, :
    Respondents. :

## ORDER

**AND NOW**, this 2nd day of November, 2015, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus, (Doc. 1), is **DISMISSED** as moot.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith.

Robert D. Mariani
United States District Judge